IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANTE JACKSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2225 |
| | : | |
| CORRECTIONAL OFFICER | : | |
| "WEBSTER," *et al.*, | : | |
|     Defendants. | : | |

# ORDER

AND NOW, this 31st day of July, 2018, upon consideration of Plaintiff Dante Jackson's Motion to Proceed *In Forma Pauperis*, (ECF No. 7), his Prisoner Trust Fund Account Statement (ECF No. 8), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Plaintiff Dante Jackson, #MM-8763, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Jackson, he is not assessed an initial partial filing fee. In each month when the amount in Jackson's inmate trust fund account exceeds $10.00, the Superintendent of SCI-Houtzdale or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Jackson's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-2225.

3. The Clerk of Court is directed to send a copy of this Order to the Superintendent of SCI-Houtzdale.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

6. Jackson is given leave to file an amended complaint within thirty (30) days of the date of this Order. If Jackson files an amended complaint, he must identify all of the defendants in the caption of the amended complaint. The amended complaint must also provide as much identifying information for the defendants as possible. Jackson may refer to a defendant by last name only if that is the only identifying information possessed. If Jackson wishes to name individuals for whom he does not have any identifying information, he may refer to those individuals as John Doe #1, John Doe #2, etc. The amended complaint must also describe how each defendant was responsible for violating Jackson's rights, and should not rely on or refer back to the initial Complaint to state a claim. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

7. The Clerk of Court is **DIRECTED** to send Jackson a blank form complaint to be used by a prisoner filing a civil rights action. The Clerk of Court shall write the civil action number of this case on the form. Jackson may use this form to file an amended complaint if he chooses to do so.

8. If Jackson fails to file an amended complaint, his case may be dismissed without prejudice for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ C. Darnell Jones, II**
_____
**C. DARNELL JONES, II, J.**